UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JEFFREY VINCENT | CIVIL ACTION |
| VERSUS | |
| EDWARD RICHARDSON, et al. | NO. 22-123-JWD-SDJ |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated February 8, 2023 (Doc. 22), to which no objection was filed;

**IT IS ORDERED** that the Motion to Remand (Doc. 5) filed by Plaintiff Jeffrey Vincent is **DENIED**.

**IT IS FURTHER ORDERED** that the parties are instructed to file a supplemental joint status report with updated proposed scheduling order dates within 14 days of the date of this opinion.

Signed in Baton Rouge, Louisiana, on February 23, 2023.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**
