UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEFFREY VINCENT** | * | **CIVIL ACTION NO.: 3:22-CV-00123** |
| **VERSUS** | * | **JUDGE: JOHN W. DEGRAVELLES** |
| **EDWARD RICHARDSON, INFINITY COUNTY MUTUAL INSURANCE COMPANY, BLUE HILL SPECIALITY INSURANCE COMPANY, INC. and STARR INDEMNITY & LIABILITY COMPANY** | * | **MAGISTRATE: SCOTT D. JOHNSON** |

**ORDER**

Considering the Motion for Judgment of Dismissal filed by plaintiff, **JEFFREY VINCENT**:

**IT IS HEREBY ORDERED** that the matter brought by the plaintiff, **JEFFREY VINCENT,** against defendants, **EDWARD RICHARDSON, INFINITY COUNTY MUTUAL INSURANCE COMPANY, BLUE HILL SPECIALTY INSURANCE COMPANY, INC.,** and **STARR INDEMNITY & LIABILITY COMPANY**, be dismissed with prejudice, with each party to bear their own costs.

THUS DONE AND SIGNED at Baton Rouge, LA this 9th day of August, 2024.

_____
**UNITED STATES DISTRICT COURT JUDGE**